IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DOROTHY TURNER**                                                                            **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 1:22-CV-068-GHD-RP**

**O'CHARLEY'S, LLC,**
**UNKNOWN DEFENDANTS ONE (1) THROUGH TEN (10)**     **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon the *ore tenus* motion of the Plaintiff to dismiss her Complaint with prejudice, and the Court being advised that a settlement has been reached between the parties, and being otherwise advised in the premises, finds that said motion is well-taken.

IT IS THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's Complaint is hereby dismissed, with prejudice. Each party to bear their own costs.

IT IS FURTHER ORDERED that Plaintiff shall resolve and be responsible for payment of, as part of the agreement between the parties, any and all subrogation claims, assignments, and/or liens, and any and all other claims or expenses that exist as a result of the subject incident(s) and/or injuries and/or damages to Plaintiff.

SO ORDERED this the 15th day of December, 2022.

UNITED STATES DISTRICT JUDGE

**AGREED BY:**

/s/ Edward R. McNees
R. Bradley Best (MSB# 10059)
Edward R. McNees (MSB# 102314)
***Counsel for Defendant***

James C. Patton, Jr. (MSB# 4059)
***Counsel for Plaintiff***